John Maeser, Respondent, v. Jacob Dold Packing Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles E. Crouse, Appellant, v. Dorothea Edgarita McVickar and Others, Respondents.— Judgment modified by striking therefrom the words "upon the merits," and as so modified affirmed, with costs. All concurred; McLennan, P. J., not sitting.

Bessie Hunziker, as Administratrix, etc., of Frederick Hunziker, Deceased, Respondent, v. Niagara, Lockport and Ontario Power Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Estate of Mary Killan (or Killeen), Late of the City of Rochester, New York, Deceased. Miles T. O'Reilly, as Administrator, etc., of Mary Killan, Deceased, Appellant; Martin Killeen, Respondent.— Decree affirmed, with costs and disbursements against the appellant personally. All concurred.

Sturtevant Mill Company, Appellant, v. Henry D. Shedd, as Trustee in Bankruptcy of Monarch Plaster Company, Respondent.—Judgment affirmed, with costs. All concurred.

Casimir Kopinski, an Infant, by John Kopinski, His Guardian ad Litem, Respondent, v. Globe Woolen Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Michael Lambrix, Appellant.— Judgment and orders affirmed. All concurred.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Mary Bascglia and American Surety Company of New York, Appellants.— Judgment and order affirmed, with costs. All concurred.

Edward E. Francis and Others, Appellants, v. Maynard N. Clement, as State Commissioner of Excise and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the petition was never filed as required by law.*

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 27633, Issued to Warren J. Parsell, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

---

* See Liquor Tax Law (Consol. Laws, chap. 34; Laws of 1909, chap. 39), § 13.— [REP.